FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★ MAY 0 9 2005 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------X
ROBERT EISENMANN

      -V-

VICTOR HERBERT
------------------------------------------------X

ORDER
CV99-2826 (JBW)

Pursuant to order of the United States Court of Appeals dated March 11, 2005, the captioned case is dismissed.

          s/Jack B. Weinstein
          JACK B. WEINSTEIN
          SR. UNITED STATES DISTRICT JUDGE

DATED: 4/29/05